BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
SYRENA C. HARGROVE, IDAHO STATE BAR NO. 6413
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. Myrtle St. Suite 500
Boise, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413
E-MAIL: syrena.hargrove@usdoj.gov

DAVID P. BURNS
ACTING ASSISTANT ATTORNEY GENERAL
JEFFREY B. KAHAN, PENNSYLVANIA BAR NO. 93199
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CAPITAL CASE SECTION
1331 F. STREET, NW; 6TH FL
WASHINGTON, DC 20530
TELEPHONE: (202) 305-8910
FACSIMILE: (202) 353-9779
E-MAIL: jeffrey.kahan@usdoj.gov

Attorneys for United States of America

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH EDWARD DUNCAN, III, <br><br> Petitioner/Appellant, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent/Appellee. | No. 20-99001 <br> Case No. 2:17-CV-00091-EJL <br> 2:07-CR-00023-EJL <br> District of Idaho <br><br> **DEATH PENALTY CASE** <br><br> **UNITED STATES' MOTION FOR JUDICIAL NOTICE** |

**UNITED STATES' MOTION FOR JUDICIAL NOTICE- 1**

In the Government's response to the Defendant's request for a certificate of appealability before this Court, the Government referred to various orders by this Court and the Supreme Court from various stages of the underlying litigation. To make those documents readily available as the Court reviews the Defendant's request and the Government's response, the Government moves for judicial notice of the following court documents:

**APPEALS**

| CASE | ECF No. | Description | Date |
|---|---|---|---|
| 13-99011 | 17-1 | Appellant's Opening Brief | 08/04/2014 |
| | 55-1 | Memorandum and Order | 3/27/2015 |
| 08-99031 | 4 | Order | 12/03/2003 |
| | 47-1 | Defendant's brief re waiver of appeal not KVI | 12/04/2009 |
| | 76-1 | Defendant's Motion to Vacate Order for Hearing and to Establish Schedule for Merits Briefing | 12/14/10 |
| | 76-2 | Defendant's handwritten letter re appeal dated 12/08/2010 | 12/14/10 |
| | 86-1 | Opinion | 7/11/2011 |

**UNITED STATES' MOTION FOR JUDICIAL NOTICE- 2**

Opposing counsel does not oppose this motion.

Respectfully submitted this 15th day of January, 2021.

> BART M. DAVIS
> United States Attorney
> District of Idaho
> By
>
> *s/ Syrena C. Hargrove*
> SYRENA C. HARGROVE
> Assistant United States Attorney
>
>
> DAVID P. BURNS
> Acting Assistant Attorney General
> By
>
> *s/ Jeffrey B. Kahan*
> JEFFREY B. KAHAN
> Trial Attorney

**UNITED STATES' MOTION FOR JUDICIAL NOTICE- 3**