Case: 08-99031, 12/03/2008, ID: 6727007, DktEntry: 4, Page: 1 of 2

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 03 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br><br>   v.<br><br>JOSEPH EDWARD DUNCAN, III,<br><br>              Defendant - Appellant. | No. 08-99031<br><br>D.C. No. 2:07-cv-00023-ELJ<br>District of Idaho<br><br>ORDER |

Before:   Peter L. Shaw, Appellate Commissioner

The motion to withdraw, filed by standby counsel Judy Clarke, Mark Larranga, and Thomas Monaghan, is granted.  The motion to substitute Assistant Federal Public Defender Joseph Schlesinger of the Eastern District of California as new standby counsel is granted.  The motion to substitute two additional standby counsel, Mark Olive and Richard Burr, is denied without prejudice to renewal after this Court decides the jurisdictional issue described below.

By January 15, 2009, standby counsel Schlesinger shall explain in writing, not to exceed 7000 words, why this appeal should not be dismissed for lack of jurisdiction because standby counsel's notice of appeal, stricken by the district court after it expressly found that Defendant has freely and deliberately waived his right to appeal, is ineffective to appeal the underlying judgment of the district

court.  *See Jones v. Barnes*, 463 U.S. 745, 751 (1983) (defendant, not his counsel, has the "ultimate authority" to decide whether to take an appeal).  By February 6, 2009, the Government shall, and Mr. Duncan may, file a response subject to the same size limitations.  Standby counsel Schlesinger's reply, not to exceed 2800 words, is due within 14 days after service of the Government's response.  Briefing of the underlying issues is stayed pending this Court's determination of the jurisdictional issue.