Case: 20-99001, 01/15/2021, ID: 11965948, DktEntry: 30-5, Page 1 of 2

To: Whom it may concern

I have been very stubborn about not appealing my death sentence. My belief is that if I appeal, then I am acknowledging the system's authority to commit murder. I also believe that by appealing I would be demonstrating resistance to the will of those people who want me dead. I believe that such resistance will only support their dellusion of power, by letting them believe that they are taking something that I value away by force.

I have expounded on these and other reasons for not appealing my death sentences in the past, and all these reasons center around one basic desire; that we should grow and understand each other as a species of people.

But I have an even more fundamental belief that trumps all my other beliefs, no matter how strongly I feel about them. I believe above all else, that it is detrimental for me to impose what I believe onto other people. I believe that I should walk as softly as possible in this world, and even crawl on my hands and knees if necessary, to leave as little of an impression as humanly possible.

I realize that this is an audacious belief coming from someone who's past behavior has left so many scarring impressions on countless hearts. And I do not pretend that by being hyper-vigilant now that I will somehow makeup for any of the damage I have wrought. My reason for being submissive now, is born purely out of understanding that anything else would be foolishness.

By rejecting the advice (to appeal) of the attorneys who have been appointed to represent me, I am in effect imposing my beliefs on my own mother, whom

I love, and who will suffer gravely if I simply allow the people to kill me (especially after having already lost her youngest son recently to a sudden and unexpected massive heart failure). It would be utterly cruel, and indeed, inhuman, for me to not consider my mother's love when deciding what to do in regard to my own life. I am her only surviving son, and through no fault of my own, her very dearly cherished first born son.

So I hereby inform you, and any others concerned, that I withdraw my waiver of appeal, and consent fully to all efforts and advice given by my attorneys to appeal. I love my mother, and if I could only regret one thing, it would be how I have hurt her. I am the biggest fool that I know, but I am as blessed as my mom can be, because I have a mom who loves me no matter what!

Most Sincerely,

Joseph E. Duncan III

Signed this 8th day of December, 2010