No. 20-99001

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III,<br><br>Petitioner/Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent/Appellee. | D.C. Nos.  2:17-cv-0091-EJL<br> 2:07-cr-00023-EJL-1<br><br><br><br>District of Idaho,<br>Boise |

APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF APPELLANT'S APPLICATION FOR CERTIFICATE OF APPEALABILITY; DECLARATION OF JEAN E. GILES

JEAN E. GILES, IN Bar No. 21643-49
Assistant Federal Defender
Jean_Giles@fd.org
F. ITALIA PATTI, IN Bar No. 34725-02
Assistant Federal Defender
Italia_Patti@fd.org
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: (317) 383-3520
Fax: (317) 383-3525

*Attorneys for Petitioner/Appellant*
Joseph Edward Duncan III

1

No. 20-99001

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III, Petitioner/Appellant, vs. UNITED STATES OF AMERICA, Respondent/Appellee. | D.C. Nos.  2:17-cv-0091-EJL 2:07-cr-00023-EJL-1 District of Idaho, Boise APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF APPELLANT'S APPLICATION FOR CERTIFICATE OF APPEALABILITY |

Petitioner/Appellant Joseph Edward Duncan III, through appointed counsel, hereby respectfully moves for a 31-day extension of time, up to and including March 1, 2021, to file a reply in support of Appellant's Application for a Certificate of Appealability. As counsel notes in the Declaration filed in support of this motion, Counsel is in need of additional time to file this reply due to other case demands and in order to effectively represent Mr. Duncan before this Court. This is Mr. Duncan's first request for an extension for the reply. Counsel for Respondent-Appellee opposes Petitioner-Appellant's request. The reasons for this request and other required recitals are set forth in the attached declaration of Jean Giles. 9th Cir. Rule 31-2.2(b).

2

DATED:     1/21/2021                    Respectfully submitted,

                             By     /s/ Jean E. Giles
                                    JEAN E. GILES, IN Bar. No. 21643-49
                                    Assistant Federal Defender
                                    Jean_Giles@fd.org
                                    F. ITALIA PATTI, IN Bar No. 34725-02
                                    Assistant Federal Defender
                                    Italia_Patti@fd.org
                                    111 Monument Circle, Suite 3200
                                    Indianapolis, IN 46204
                                    Telephone: (317) 383-3520

No. 20-99001

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III,<br><br>Petitioner/Appellant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent/Appellee. | D.C. Nos.  2:17-cv-0091-EJL<br>2:07-cr-00023-EJL-1<br><br>District of Idaho,<br>Boise<br><br>DECLARATION OF JEAN E. GILES IN SUPPORT OF APPELLANT'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF APPELLANT'S APPLICATION FOR CERTIFICATE OF APPEALABILITY |

I, Jean E. Giles, do hereby declare:

1.  I am an attorney licensed to practice law in the State of Indiana and admitted to the Bar of the Ninth Circuit. Since July 2019, I have been employed at the Indiana Federal Community Defenders, Inc. ("IFCD") as an attorney in the Capital § 2255 Unit. The § 2255 Unit handles only capital cases.

2.  The Government filed its Response to Mr. Duncan's Application for Certificate of Appealability on January 15, 2021. Pursuant to this Court's January 23, 2020 order, Mr. Duncan's reply is due on January 29, 2021.

4

3. Counsel requests an extension of 31 days to file a reply, such that the reply would be due on Monday, March 1, 2021. Counsel takes her responsibilities toward Mr. Duncan seriously and has been working diligently on this case. Additional time is necessary to fulfill these professional obligations and effectively advocate for Mr. Duncan in this complex case. Counsel does not anticipate requesting additional time beyond March 1, 2021.

4. In early October 2020, counsel learned that Mr. Duncan had undergone brain surgery and had been diagnosed with a glioblastoma, stage IV brain cancer. He has declined chemotherapy and radiation. In November 2020, Bureau of Prisons medical staff determined his life expectancy to be 6-12 months (which would be 4-10 months from now). With Mr. Duncan's permission, counsel has attached a relevant page from his medical records, dated November 20, 2020, noting his life expectancy of 6-12 months, and noting that medical staff discussed end-of-life preparations with Mr. Duncan.

5. Mr. Duncan's diagnosis of terminal brain cancer makes it difficult for counsel to work as quickly as otherwise would be possible on drafting the reply in his case. Due to Mr. Duncan's terminal diagnosis, counsel has had to spend time addressing his medical issues and monitoring his condition. Counsel has scheduled more legal calls than would be typical for this stage of legal

proceedings. Further, counsel has found that Mr. Duncan is experiencing some memory problems, which requires counsel to explain concepts and repeat facts.

6. In addition to Mr. Duncan's case, undersigned counsel has upcoming deadlines or hearings in three other capital cases. Specifically, counsel has a brief due in the Sixth Circuit on March 20, 2021; a § 2255 motion due in the Central District of California on April 7, 2021; and a resentencing hearing in the Western District of Texas on April 7, 2021.

7. The court reporter is not in default with regard to any designated transcripts.

8. Counsel for the Government opposes this request.

Executed by me this 21st day of January, 2021 in Indianapolis, Indiana.

/s/Jean E. Giles
JEAN E. GILES
Assistant Federal Defender

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DUNCAN, JOSEPH EDWARD III | | | Reg #: | 12561-023 |
| Date of Birth: | ▆/1963 | Sex: | M  Race:  WHITE | Facility: | THP |
| Encounter Date: | 11/20/2020 14:43 | Provider: | Wilson, William E. MD/CD | Unit: | X02 |

**Other:**

ASSESSMENT/PLAN:
NEUROLOGY-GLIOBLASTOMA-HE IS TERMINAL AND HAS DECLINED AGAIN ONCOLOGY CONSULTATION SUGGESTIONS FOR RADIATION AND CHEMOTHERAPY. HIS LIFE EXPECTANCY IS PROBABLY 6 MONTHS-12 MONTHS. WE DISCUSSED THIS TODAY AS WELL AS END-OF-LIFE PREPARATIONS.
MUSCULAR CONTRACTION HEADACHES IN A PATIENT WITH A HISTORY OF GLIOBLASTOMA AND BRAIN SURGERY-TRY IBUPROFEN 800 MG BY MOUTH 3 TIMES A DAY WHEN NECESSARY

REFILL MEDICATIONS-THEY ARE ALL RELATED TO HIS GLIOBLASTOMA

     I SPOKE WITH THE WARDEN REGARDING HAVING SOMEONE HELP TO KEEP HIS CELL CLEAN ONCE OR TWICE A WEEK. IT MIGHT BE A LITTLE BIT MUCH FOR HIM TO CONSISTENTLY BEND OVER AND CLEAN THE AREA CONSIDERING HIS BALANCE ISSUES.

CALLBACK CRITERIA GIVEN AND PERTINENT PATIENT EDUCATION PERFORMED. PATIENT VOICED UNDERSTANDING AND AGREEMENT WITH TREATMENT PLAN. ALLERGY STATUS REVIEWED AND UNCHANGED.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/20/2020 | Counseling | Compliance - Treatment | Wilson, William | ~~Verbalizes~~ Understanding |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Wilson, William E. MD/CD on 11/20/2020 14:46