No. 20-99001

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III, Petitioner/Appellant, vs. UNITED STATES OF AMERICA, Respondent/Appellee. | D.C. Nos. 2:17-cv-0091-EJL 2:07-cr-00023-EJL-1 District of Idaho, Boise **DEATH PENALTY CASE** |

## NOTICE OF DEATH

Counsel for Petitioner/Appellant Joseph Edward Duncan III hereby inform the Court that Mr. Duncan died on Sunday, March 28, 2021, as a result of a glioblastoma. Counsel was informed of Mr. Duncan's death by the Senior Attorney at FCC Terre Haute, where Mr. Duncan was incarcerated.

Respectfully submitted,

s/ Jean E. Giles
JEAN E. GILES, IN Bar No. 21643-49
Assistant Federal Defender
Jean_Giles@fd.org
F. ITALIA PATTI, IN Bar No. 34725-02
Assistant Federal Defender
Italia_Patti@fd.org
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Telephone: (317) 383-3520
Fax: (317) 383-3525