**FILED**

APR 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH EDWARD DUNCAN III, Petitioner-Appellant, v. UNITED STATES OF AMERICA, Respondent-Appellee. | No. 20-99001 D.C. Nos. 2:17-cv-00091-EJL  2:07-cr-00023-EJL-1 District of Idaho, Boise ORDER |

Before: GRABER, M. SMITH, and HURWITZ, Circuit Judges.

The court has been advised of Appellant's death. Accordingly, the request for a certificate of appealability is denied as moot. See 28 U.S.C. § 2253(c)(2).

Appellee's motion to submit documents under seal, Docket No. 29, is granted. Any other pending motions are denied as moot.

The Clerk will serve a copy of this order on the district court, which may wish to dismiss the motion as moot. See Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003) (order); see also McMann v. Ross, 396 U.S. 118 (1969).